AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GREGORY WILDER, *i:man*
    Plaintiff

v.             Civil Action No. 1:23-cv-328

PAM HARRIS, *a woman, sued in her private capacity*
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of _____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED. Judgment is ENTERED in favor of the Defendant, Pam Harris and against the Plaintiff, Gregory Wilder.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Holly A Brady.

DATE:   8/4/2023           CHANDA J. BERTA, CLERK OF COURT

                                              by   s/N. Corle
                                              *Signature of Clerk or Deputy Clerk*